## E. C. REALTY COMPANY ET AL. v. IGLEHART ET AL.

[No. 12,160.    Filed April 22, 1926.]

From Vanderburgh Superior Court; *Edgar Durre*, Judge.

Action between the E. C. Realty Company and others and John L. Iglehart and others.    From the judgment rendered, the former appeal.    *Affirmed.*    By the court in banc.

*Edwin C. Henning* and *Welman & Darby*, for appellants.
*Walton M. Wheeler*, *William C. Welborn* and *Joseph H. Iglehart*, for appellees.

PER CURIAM.—Judgment affirmed.

## MANN v. MANN.

[No. 12,266.    Filed April 22, 1926.]

From the Adams Circuit Court; *C. L. Walters*, Judge.

Action between John E. Mann and Leora E. Mann.    From the judgment rendered, the former appeals.    *Affirmed.*    By the court in banc.

*A. C. Butcher*, for appellant.
*James T. Merryman*, for appellee.

THOMPSON, J.—Affirmed, on authority of *Wise* v. *Wise* (1909), 43 Ind. App. 625, 88 N. E. 309.